**Order entered August 6, 2018**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-18-00227-CV**

**STEWART HUNTER, Appellant**

**V.**

**THOMAS GUERCIO AND SHELDON ROBINSON, Appellees**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-02165-2012**

## ORDER

Before the Court is appellee Thomas Guercio's August 2, 2018 unopposed motion to extend time to file brief. We **GRANT** the motion and **ORDER** Guercio's brief be filed no later than August 27, 2018.

/s/     DAVID EVANS
JUSTICE